## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>OSCAR JAVIER MARDUENO (T/N),<br>   aka Oscar Javier Maraveno,<br><br>Defendant. | Case No.: 17CR2508-GPC<br><br>ORDER AND JUDGMENT TO DISMISS INDICTMENT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that two-count Indictment in this case be dismissed without prejudice as to the above named defendant.

IT IS FURTHER ORDERED that the defendant be released.

IT IS FURTHER ORDERED that any pending hearing dates be vacated.

Dated: November 21, 2017

_____
Hon. Gonzalo P. Curiel
United States District Judge